IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM GLENN JOHNS, ) | Case No. 21-60010-7 |
| ) | |
| Debtor. ) | |
| * * * | |
| BRIAN ANDERSON/ ) | |
| MARIE SHANELL SMITH ) | |
| ) | |
| Appellant(s), ) | |
| ) | |
| v. ) | |
| ) | Adversary No. 21-60010-RLJ |
| ) | |
| RODDRICK NEWHOUSE, *Trustee*, ) | |
| DAVID AND MICHELLE RUTAN ) | |
| ) | |
| Appellee(s). ) | Civil Action No. 6:23-CV-034-C |

## ORDER

On this date, the Court considered the Motion for Leave to File Appeal, filed by Brian Anderson (as Trustee of the Carswell Cherokee Trust) and Marie Shanell Smith. The Court further considered the Notice of Response, filed by Trustee Roddick Newhouse and the Rutan Parties. Anderson and Smith seek reversal of the Order entered in the bankruptcy proceeding on May 23, 2023 (ECF 312), and the entry of an order denying the Motions to Compel (ECF 273, 277).

After due consideration of the arguments contained therein, the Court finds that the Motion for Leave to File Appeal is **DENIED** for essentially the reasons argued in the Response.

More specifically, the Motion is premature because a motion for contempt has not yet been filed in the bankruptcy case.

The Notice of Appeal is **DISMISSED**.

SO ORDERED.

Dated this 26th day of June, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE